# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2658 Disciplinary Docket No 3 |
| | : | |
| Petitioner | : | No. 175 DB 2019 and File Nos. C3-19-733; |
| | : | C3-19-750; C3-19-156; C3-19-787; C3-19- |
| v. | : | 804; C3-20-27; C3-20-719 |
| | : | |
| DAVID W. HARRIS, III, | : | Attorney Registration No. 75708 |
| | : | |
| Respondent | : | (Lackawanna County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of January, 2021, upon consideration of the Verified Statement of Resignation, David W. Harris, III, is disbarred on consent from the Bar of this Commonwealth, retroactive to November 8, 2019. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board, pursuant to Pa.R.D.E. 208(g).